

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00125-CR

**EX PARTE** Hector **RAMIREZ**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed: December 9, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish